UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES DESHAWN WILLIAMS,
a/k/a Stroh, Stro

        Defendant.
_____/

Case:2:18-cr-20547
Judge: Berg, Terrence G.
MJ: Grand, David R.
Filed: 08-08-2018 At 02:19 PM
SEALED MATTER (EK)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
*Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire*
18 U.S.C. §§ 1958(a) and 2

On or about November 9, 2016, in the Eastern District of Michigan, the defendant, JAMES DESHAWN WILLIAMS, used and caused another to use a facility of interstate or foreign commerce, to wit: telephone(s) and motor vehicle(s), with intent that the murder of N.B. be committed in violation of the laws of the State of Michigan and the United States, as consideration for the receipt of, and as a consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States currency, which offense resulted in the death of N.B., in violation of Title 18, United States Code, Sections 1958(a) and 2.

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

**THIS IS A TRUE BILL.**

Dated: August 8, 2018

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/A. Tare Wigod*
A. TARE WIGOD
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9191
tare.wigod@usdoj.gov
P58479

*s/Mark S. Bilkovic*
MARK S. BILKOVIC
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9623
mark.bilkovic@usdoj.gov
P48855

*s/Eric M. Straus*
ERIC M. STRAUS
Assistant United States Attorney
Chief, Violent and Organized Crime Unit
P38226

Case: 2:18-cr-20547
Judge: Berg, Terrence G.
MJ: Grand, David R.
Filed: 08-08-2018 At 02:19 PM
SEALED MATTER (EK)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

### Companion Case Information

Companion Case Number: 17-CR-20592

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

Judge Assigned: Bernard A. Friedman

☒ Yes   ☐ No

AUSA's Initials: ATW

**Case Title:** USA v. James Deshawn Williams a/k/a Stroh, Stro

**County where offense occurred:** Macomb and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 8, 2018
Date

A. Tare Wigod
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9191
Fax: 313-226-5464
E-Mail address: tare.wigod@usdoj.gov
Attorney Bar #: P58479

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.